UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

April Denise Williams

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

State of New Jersey
Ras Baraka
Phil Murphy
Chris Christie
Pre. Obama
Cory Booker
Pre. Trump
USA
FBI Newark
FBI California

**COMPLAINT**

Jury Trial: [✓] Yes  [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name            April Denise Williams
             Street Address  43 Chelsea Ave. 1st fl.
             County, City    Essex, Newark
             State & Zip Code  New Jersey
             Telephone Number  862-279-4948

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name  Ras Baraka (Mayor)
Street Address  920 Broad St #200
County, City  Essex, Newark
State & Zip Code  New Jersey 07103

Defendant No. 2
Name  State of New Jersey
Street Address  125 W. State St.
County, City  Mercer, Trenton
State & Zip Code  New Jersey 08608

Defendant No. 3
Name  Governor Phil Murphy
Street Address  125 W. State St.
County, City  Mercer, Trenton
State & Zip Code  New Jersey, 08608

Defendant No. 4
Name  President Barack Obama
Street Address  1600 Pennsylvania Ave
County, City  Washington DC
State & Zip Code  Washington 20502

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [✓] Federal Questions          [ ] Diversity of Citizenship
    [✓] U.S. Government Plaintiff  [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  civil human right Deprivation.

5. FBI Newark
   11 Centre Pl.
   Essex, Newark
   New Jersey 07102

6. FBI California
   11000 Wilshire Blvd #17000
   Los Angeles, CA 90024

7. President Donald Trump
   1600 Pennsylvania Ave
   NW, Washington DC 20502

8. Chris Christie
   PO Box 001
   Mercer, Trenton
   New Jersey 08608

9. NYPD
   1 Police Plaza Path
   New York, NY 10007

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New Jersey__

Defendant(s) state(s) of citizenship __New Jersey__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Essex County New Jersey__

B. What date and approximate time did the events giving rise to your claim(s) occur? __19/2014 & November 2017, 2018 Mayor, Senate, Governor, Consilmen__

C. Facts: [What happened to you?] __My right to vote was taken from me. I was held against my will to vote as an American citizen. I was told I'm a foreigner.__

[Who did what?] __State of New Jersey Illegal usage of wireless technology and community of Essex__

[Was anyone else involved?] __All Government and law enforcement along with other community members__

[Who else saw what happened?] __You need to run back footage. Alot of my evidence was taken illegally from me.__

- 3 -

## IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Stress, anxiety, mental abuse, human rights. Un went therapy to cope with society again.

## V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want my life back. I want my privacy back. The right to breath again to be assurred the the USA isn't fair at doing there job. I want my trust back in America again. I want to feel free again. I'm so scared to live again. Stop the harassment I'm a human being. I've lost alot money + valueable. But I was taught live is precious. I'm forced to be around those that can give a "two'ish" about me. They take my everyday in what I have had to experience & that fact that the USA government is behind them on harassing + taking another persons life, breath, choice, everything from them because of jealousy. I'm suing for $1 billion dollars + it still doesn't replace what I've lost.

- 4 -


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 27 day of September, 20 18.

Signature of Plaintiff _____
Mailing Address 45 Chelsea Ave. S.M
Newark, NJ 07106

Telephone Number 860-379-4948
Fax Number *(if you have one)* _____
E-mail Address willope706@gmail.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____